**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-1941**

---

NICOLE YVETTE WINSTON,

                Plaintiff - Appellant,

     v.

AIR FORCE REVIEW BOARDS AGENCY,

                Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:16-cv-01796-PJM)

---

Submitted: November 22, 2016     Decided: November 29, 2016

---

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Nicole Yvette Winston, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole Yvette Winston appeals the district court's order denying her motions for reconsideration and for discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Winston v. Air Force Review Bds. Agency, No. 8:16-cv-01796-PJM (D. Md. July 27, 2016). We deny Winston's motion for transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED